IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 1 2006

GREGORY C. LANGHAM
CLERK

Civil Action No. 06-CV-00677-BNB
(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)

JAMES PENDLETON,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

    Applicant James Pendleton has submitted an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. The application is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Applicant also has tendered the $5.00 filing fee. The clerk of the court will be directed to mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. Accordingly, it is

    ORDERED that the clerk of the court commence this civil action. It is

    FURTHER ORDERED that the clerk of the court mail to the applicant, together with a copy of this order, a receipt for full payment of the $5.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 10th day of April, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. **06 - CV - 00677** - BnB

James Pendleton
Reg. No. 02698-748
USP - MAX
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and a receipt of the full payment of the filing fee** to the above-named individuals on ___4-11-06___

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk