IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00677-BNB

JAMES PENDLETON,

Applicant,

v.

R. WILEY, Warden,

Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2006

GREGORY C. LANGHAM
                        CLERK

---

ORDER CONSTRUING ACTION AS A PRISONER COMPLAINT AND DIRECTING APPLICANT TO FILE A COMPLAINT AND A PRISONER'S MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Applicant James Pendleton is in the custody of the United States Bureau of Prisons at USP Florence. Mr. Pendleton has filed a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

The Court has reviewed the Application and finds that Mr. Pendleton is asserting civil rights claims rather than habeas corpus claims. Mr. Pendleton complains that Respondent has violated his Eighth and Fourteenth Amendment rights because he has failed to provide Plaintiff with adequate recreation. Applicant seeks injunctive relief.

"The essence of habeas corpus is an attack by a person in custody upon the legality of that custody, and . . . the traditional function of the writ is to secure release from illegal custody." **See Preiser v. Rodriguez**, 411 U.S. 475, 484 (1973). Generally, a federal prisoner's challenge to his conditions of confinement is cognizable under **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971). **See, e.g., Richards v. Bellmon**, 941 F.2d 1015, 1018 (10th Cir. 1991).

Mr. Pendleton will be ordered to complete the proper Prisoner Complaint form and submit the completed form to the Court if he wishes to pursue his claims. Mr. Pendleton must allege, simply and concisely, the specific claims for relief he is asserting and against whom those claims are asserted.

Mr. Pendleton also will be required to submit to the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a certified copy of his inmate trust fund account statement for the six months prior to the filing of the instant action, if he desires to proceed *in forma pauperis*. Otherwise he will be required to pay the $245.00 balance of the filing fee prior to proceeding in the action. Accordingly, it is

ORDERED that the action is construed as a civil complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) as opposed to a habeas corpus action filed pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that the Clerk of the Court shall change the Docket in the instant filing to reflect the proper nature of the action. It is

FURTHER ORDERED that Mr. Pendleton shall complete and file with the Court a Prisoner Complaint form **within thirty days from the date of this Order**. It is

FURTHER ORDERED that Mr. Pendleton shall complete and file with the Court a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and submit an inmate trust fund account statement as referred to above or in the alternative pay the $245.00 balance of the filing fee within **thirty days from the date of this Order**. It is

FURTHER ORDERED that if Plaintiff desires to proceed pursuant to 28 U.S.C. § 1915 Mr. Pendleton shall submit a certified copy of his trust fund account statement within **thirty days from the date of this Order** so that the Clerk of the Court may determine the appropriate initial partial filing. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Pendleton two copies of the following forms: Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. It is

FURTHER ORDERED that if Mr. Pendleton fails to comply with this Order **within thirty days from the date of this Order** the action will be dismissed without prejudice and without further notice. It is

FURTHER ORDERED that the Court will not review the merits of Mr. Pendleton's claims until he has complied with this Order.

DATED April 25, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00677-BNB

James Pendleton
Reg. No. 02698-748
ADX – Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and Prisoner Complaint** to the above-named individuals on 4/25/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk